# LUTZ, PAWK & MCKAY



## WE MOVED!

*CA03-224E*

## NEW ADDRESS:

RE:  Brown v. Cost, No. 2003-224E

*The Morgan Center Building*

*Suite 102*

*101 East Diamond Street*

*Butler, PA 16001*

*Phone:  724-285-3400*

*Fax:  724-285-5944*

*lpm@zoominternet.net*