IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KATHLEEN BROWN,                    Civil Action No. 03-224

          Plaintiff,

v.

COST COMPANY,

          Defendant.

### ORDER

AND NOW, this _____ day of _____, 2005, the Plaintiff's motion for an enlargement of fifteen (15) days in which to file her brief in support of her amended motion for new trial per F.R.C.P. 59 is granted. Plaintiff shall file her brief on or before.

          By the Court:

          _____, J.