IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN BROWN, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff | ) | NO. 03-224E |
| | ) | |
| Vs. | ) | |
| | ) | |
| COST COMPANY, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____ 2005, it is hereby Ordered, Adjudged and Decreed that upon consideration of Defendant's Response in Opposition to Plaintiff's Motion for Fifteen-day Enlargement of Time to File Brief in Support of Amended Motion for New Trial, this Court has reconsidered Plaintiff's Motion and this Court's Order of October 31, 2005, and hereby denies Plaintiff's Motion for Fifteen-day Enlargement of Time in which to File Brief in Support of Amended Motion for New Trial.

BY THE COURT,

_____
The Honorable Sean J. McLaughlin