## AMENDED CERTIFICATE OF SERVICE

I, Richard S. Matesic, hereby certify that on November 3, 2005, I faxed a copy of Plaintiff's Motion for an Enlargement of fifteen (15) days in which to file her brief in support of her amended motion for new trial per F.R.C.P. 59 to:

>Michael J. Pawk, Esquire
>LUTZ PAWK & McKAY
>The Morgan Center Building
>Suite 102
>101 East Diamond Street
>Butler, PA 16001
>fax number: 724-285-5944

>s/ Richard S. Matesic
>Richard S. Matesic