IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KATHLEEN BROWN,                           Civil Action No. 03-224

        Plaintiff,

v.

COST COMPANY,

        Defendant.

### ORDER

AND NOW, this _____ day of _____, 2005, the Court's October 31, 2005 Order granting the Plaintiff's motion to enlarge by fifteen (15) days the deadline for the filing of her brief in support of her amended motion for new trial per F.R.C.P. 59 is hereby VACATED for mootness.

Plaintiff's shall file her brief in accordance with the time limits set forth in the Court's Order dated August 10, 2005.

By the Court:


_____, J.