MEMORANDUM OF NON-JURY TRIAL

# United States District Court
### For the Western District of Pennsylvania

Kathleen Brown

Plaintiff

vs.

Cost Co.,

Defendant

Civil Action No. 03-224E

HEARING ON Telephonic Conference / Mtn to Strike + Mtn to Vacate Order

Before Judge McLaughlin

Edward Olds
Richard Matesic
*Appear for Plaintiff*

Michael Pawk
*Appear for Defendant*

Hearing begun 9:00 a.m.
Hearing concluded C.A.V.

Hearing adjourned to 9:06 a.m.
Stenographer Ron Bench
CIK: RL Humphrey

WITNESSES:

For Plaintiff / For Defendant

Motion to Strike (Doc 60) is DENIED

Motion to Vacate Order (Doc 61) is GRANTED