RUN DATE 08/31/04 15:23:
FRANCO

COINS PAYROLL MODULE
EEO REPORT
USING LABOR CATEGORY
FROM PAYROLL PERIOD ENDING 01/01/01 THROUGH 12/31/01

PAGE    1

| JOB CATEGORY | OVERALL TOTALS (SUM OF COL. B THRU K) A | WHITE (NOT OF HISPANIC ORIGIN) B | BLACK (NOT OF HISPANIC ORIGIN) C | MALE — WHITE HISPANIC D | OTHER HISPANIC E | ASIAN PACIFIC ISLANDER F | AMERICAN INDIAN OR ALASKAN NATIVE G | H | WHITE (NOT OF HISPANIC ORIGIN) I | BLACK (NOT OF HISPANIC ORIGIN) J | FEMALE — WHITE HISPANIC K | OTHER HISPANIC L | ASIAN M | PACIFIC ISLANDER N | AMERICAN INDIAN OR ALASKAN NATIVE O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLANK | 17 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 1 | 0 | 0 | 0 | 0 | 0 |
| BRICKLAYER | 185 | 177 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BRICKLAYER APP. | 45 | 39 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CARPENTER | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LABORER | 163 | 141 | 20 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OPERATING ENGINEER | 45 | 34 | 8 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 |
| PCC | 7 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PCC APPRENTICE | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| STONEMASON | 31 | 29 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| STONEMASON APP | 8 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 507 | 451 | 41 | 3 | 0 | 1 | 0 | 1 | 9 | 1 | 0 | 0 | 0 | 0 | 0 |

1.97 % Female

8.86 % minority


PLAINTIFF'S EXHIBIT 23
03-224E


PLAINTIFF'S EXHIBIT 2

RUN DATE 08/31/04 15:32:
FRANCO

COINS PAYROLL MODULE
EEO REPORT
USING LABOR CATEGORY
FROM PAYROLL PERIOD ENDING 01/01/02 THROUGH 12/31/02

PAGE 1

| JOB CATEGORY | OVERALL TOTALS (SUM OF COL. B THRU K) | MALE | | | | | | | | | | FEMALE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | WHITE (NOT OF HISPANIC ORIGIN) | BLACK (NOT OF HISPANIC ORIGIN) | WHITE HISPANIC | OTHER HISPANIC | ASIAN | PACIFIC ISLANDER | AMERICAN INDIAN OR ALASKAN NATIVE | WHITE (NOT OF HISPANIC ORIGIN) | BLACK (NOT OF HISPANIC ORIGIN) | WHITE HISPANIC | OTHER HISPANIC | ASIAN | PACIFIC ISLANDER | AMERICAN INDIAN OR ALASKAN NATIVE |
| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
| BLANK | 20 | 9 | 3 | 0 | 0 | 0 | 0 | 0 | 7 | 1 | 0 | 0 | 0 | 0 | 0 |
| BRICKLAYER | 213 | 206 | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BRICKLAYER APP. | 29 | 24 | 3 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| CARPENTER | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LABORER | 180 | 156 | 21 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| OPERATING ENGINEER | 50 | 41 | 7 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| PCC | 7 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PCC APPRENTICE | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ROOFER | 7 | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| STONEMASON | 31 | 31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| STONEMASON APP. | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 542 | 485 | 41 | 3 | 0 | 1 | 0 | 1 | 10 | 1 | 0 | 0 | 0 | 0 | 0 |

2.03 % Female
8.3 % Minority

RUN DATE 08/31/04 14:00:  
COST COMPANY

COINS PAYROLL MODULE  
EEO REPORT  
USING LABOR CATEGORY  
FROM PAYROLL PERIOD ENDING 01/01/01 THROUGH 12/31/01

PAGE 1

| JOB CATEGORY | OVERALL TOTALS (SUM OF COL. B THRU K) | WHITE (NOT OF HISPANIC ORIGIN) | BLACK (NOT OF HISPANIC ORIGIN) | MALE WHITE HISPANIC | OTHER HISPANIC | ASIAN PACIFIC ISLANDER | AMERICAN INDIAN OR ALASKAN NATIVE | WHITE (NOT OF HISPANIC ORIGIN) | BLACK (NOT OF HISPANIC ORIGIN) | WHITE HISPANIC | FEMALE OTHER HISPANIC | ASIAN | PACIFIC ISLANDER | AMERICAN INDIAN OR ALASKAN NATIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
| BLANK | 47 | 26 | 2 | 0 | 0 | 0 | 0 | 0 | 19 | 0 | 0 | 0 | 0 | 0 | 0 |
| BRICKLAYER | 374 | 367 | 6 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BRICKLAYER APP. | 51 | 49 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CARPENTER | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| IRON WORKER APPRENT. | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LABORER | 318 | 300 | 15 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OPERATING ENGINEER | 60 | 52 | 6 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OPERATING ENG.APR. | 8 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| PCC | 15 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PCC APPRENTICE | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| STONEMASON | 35 | 35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| STONEMASON APP. | 8 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 923 | 865 | 30 | 1 | 0 | 1 | 0 | 4 | 22 | 0 | 0 | 0 | 0 | 0 | 0 |

*2.38% Female*

*3.47% Minority*

RUN DATE 08/31/04 14:10:
COST COMPANY

COINS PAYROLL MODULE
EEO REPORT
USING LABOR CATEGORY
FROM PAYROLL PERIOD ENDING 01/01/02 THROUGH 12/31/02

PAGE 1

| JOB CATEGORY | OVERALL TOTALS (SUM OF COL. B THRU K) | MALE | | | | | | | | | | FEMALE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | WHITE (NOT OF HISPANIC ORIGIN) | BLACK (NOT OF HISPANIC ORIGIN) | WHITE HISPANIC | OTHER HISPANIC | ASIAN PACIFIC ISLANDER | AMERICAN INDIAN OR ALASKAN NATIVE | WHITE (NOT OF HISPANIC ORIGIN) | BLACK (NOT OF HISPANIC ORIGIN) | WHITE HISPANIC | OTHER HISPANIC | ASIAN PACIFIC ISLANDER | AMERICAN INDIAN OR ALASKAN NATIVE |
| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
| BLANK | 43 | 23 | 4 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 0 | 0 |
| BRICKLAYER | 504 | 498 | 5 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BRICKLAYER APP. | 71 | 69 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| CARPENTER | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CEMENT MASON | 7 | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LABORER | 418 | 396 | 18 | 2 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 0 |
| OPERATING ENGINEER | 62 | 59 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| OPERATING ENG.APR. | 9 | 6 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| PCC | 17 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| STONEMASON | 32 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| STONEMASON APP. | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 1,169 | 1,112 | 32 | 3 | 0 | 1 | 0 | 3 | 17 | 0 | 0 | 0 | 1 | 0 |

1.54 % Female
3.08 % Minority