IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KATHLEEN BROWN,                               Civil Action No. 03-224

        Plaintiff,

v.

COST COMPANY,

        Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Kathleen Brown, Plaintiff, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Order denying Plaintiff's Amended Motion for New Trial per FRCP 59, entered in this action on March 2, 2006.

        Respectfully submitted,

        /s/ Richard S. Matesic
        Richard S. Matesic
        PA ID No. 72211

        Edward A. Olds
        PA ID No. 23601

        1007 Mount Royal Boulevard
        Pittsburgh, PA 15223
        412.492.8975

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 1, 2006, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Michael J. Pawk, Esquire
LUTZ, PAWK & McKAY
The Morgan Center Building
Suite 102
101 East Diamond Street
Butler, PA 16001
lpm@zoominternet.net

Date: <u>April 1, 2006</u>                                                       /s/ Richard S. Matesic
                                                                                                    Richard S. Matesic