CA 03-22 E

appeal filing fee

receipt # 06-295

```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

      # 06000295 - JD
         April 3, 2006


   Code    Case #    Qty     Amount

   APPEAL 3 03-224cv e   1 @ 255.00
                             255.00 CC


   TOTAL →           255.00


   FROM: RICHARD MATESIC
         1001 MOUNT ROYAL BOULEVARD
         PITTSBURGH, PA 15223
```